# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEFFREY SHERIDAN THOMAS,

    Plaintiff,

v.                                            Case No. 8:24-cv-2937-KKM-LSG

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

## ORDER

Under Rule 4, Federal Rules of Civil Procedure, a party must serve process on the United States when commencing a civil action against a federal agency. To serve the United States, a party must deliver copies of the summons and the complaint to the United States Attorney for the district where the action is brought and to the Attorney General of the United States. FED. R. CIV. P. 4(i)(1).

The plaintiff has not provided proof of service for the United States in this action against the United States Postal Service. Accordingly, no later than March 25, 2025, the plaintiff must file proof of service in compliance with Rule 4, Federal Rules of Civil Procedure, or move to extend the service deadline. Failure to file proof of service on the United States Attorney for the Middle District of Florida and the

United States Attorney General may result in this action's dismissal for failure to prosecute. *See* Local Rule 3.10.

**ORDERED** on this 11th day of March, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge